UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OSCAR R. OCTAVIANO,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>PREMIER PACIFIC SEAFOODS, INC. a Washington Corporation, and PHOENIX PROCESSOR, L.P., a Washington Limited Partnership,<br><br>　　　　　　　Defendants. | NO. 2:17-cv-00686-RSL<br><br>STIPULATION AND ~~PROPOSED~~ AGREED ORDER EXTENDING THE DEADLINE FOR DISCLOSURE OF EXPERT REPORTS AND DISCOVERY CUTOFF<br><br>**Noted for: April 5, 2018** |

## I.　STIPULATION

COMES NOW the parties, by and through their respective counsel of record and hereby stipulate and request that the Court enter an order extending the deadline for disclosure of initial expert reports from April 4, 2018 to May 4, 2018. The parties further request that discovery cut off for the purpose of deposing any experts be extended to June 15, 2018 to allow for parties to engage any necessary rebuttal experts.

All other deadlines shall remain the same with the exception of the following: the parties agree that discovery cut off – solely for the purpose of expert depositions – shall be extended to

STIPULATION AND ~~PROPOSED~~ AGREED
ORDER EXTENDING THE DEADLINE FOR
DISCLOSURE OF EXPERT REPORTS AND
DISCOVERY CUTOFF-1

**GORDON REES SCULLY
MANSUKHANI, LLP**
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5112
Facsimile: (206) 689-2822

June 15, 2018. All other discovery shall be completed by June 3, 2018 pursuant to the Court's original scheduling order.

The parties do not anticipate any other changes to the remaining deadlines as set forth in the original scheduling order (Dkt. 16).

DATED: April 5, 2018

By: s/*David Silke*
David W. Silke, WSBA No. 23761
Derek A. Bishop, WSBA No. 39363
Attorneys for Defendants
Gordon & Rees LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
dsilke@gordonrees.com
dbishop@gordonrees.com
Attorneys for Defendant

DATED: April 5, 2018

By: s/*Karen Kalzer approved via e-mail*
Karen A. Kalzer
Helsell Fetterman LLP
1001 Fourth Avenue, Suite 4200
Seattle, WA 98154
Phone: 206-292-1144
kkalzer@helsell.com
Attorney for Plaintiff

STIPULATION AND ~~PROPOSED~~ AGREED ORDER EXTENDING THE DEADLINE FOR DISCLOSURE OF EXPERT REPORTS AND DISCOVERY CUTOFF-2

**GORDON REES SCULLY MANSUKHANI, LLP**
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5112
Facsimile: (206) 689-2822

## II.   ORDER

This matter having come before the Court on the Stipulation of the parties, the court having considered the foregoing stipulation and for good cause shown, NOW, THEREFORE, IT IS HEREBY ORDERED that the deadline for the disclosure of initial expert reports (both parties) is extended to May 4, 2018. IT IS FURTHER ORDERED that discovery for the purpose of taking of expert depositions is extended to June 15, 2018. All other deadlines shall remain the same as noted in the Minute Order filed June 15, 2017.

Dated this 9th day of April, 2018.

_____
Robert S. Lasnik
United States District Court Judge

STIPULATION AND ~~PROPOSED~~ AGREED
ORDER EXTENDING THE DEADLINE FOR
DISCLOSURE OF EXPERT REPORTS AND
DISCOVERY CUTOFF-3

**GORDON REES SCULLY MANSUKHANI, LLP**
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5112
Facsimile: (206) 689-2822