UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OSCAR R. OCTAVIANO,<br><br>                                Plaintiff,<br><br>   vs.<br><br>PREMIER PACIFIC SEAFOODS, INC. a Washington Corporation, and PHOENIX PROCESSOR, L.P., a Washington Limited Partnership,<br><br>                             Defendants. | NO. 2:17-cv-00686-RSL<br><br>**STIPULATION AND AGREED ORDER EXTENDING THE DEADLINE FOR FILING OF DISPOSITIVE MOTIONS**<br><br>**Noted for: June 26, 2018** |

## I.    STIPULATION

COMES NOW the parties, by and through their respective counsel of record and hereby stipulate and request that the Court enter an order extending the deadline for the filing of dispositive motions from July 3, 2018 to July 10, 2018 to allow the parties sufficient time to engage in mediation in an effort to resolve the matter.

The parties do not anticipate any other changes to the remaining deadlines as set forth in the original scheduling order (Dkt. 16).

STIPULATION AND AGREED ORDER
EXTENDING THE DEADLINE FOR FILING
DISPOSITIVE MOTIONS-1

**GORDON REES SCULLY MANSUKHANI, LLP**
701 5th Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5112
Facsimile: (206) 689-2822

1

2   DATED: June 26, 2018                    By: s/Derek A. Bishop
                                                David W. Silke, WSBA No. 23761
3                                               Derek A. Bishop, WSBA No. 39363
                                                Attorneys for Defendants
4                                               GORDON REES SCULLY
                                                MANSUKHANI, LLP
5                                               701 5th Avenue, Suite 2100
                                                Seattle, WA 98104
6                                               dsilke@gordonrees.com
                                                dbishop@gordonrees.com
7                                               Attorneys for Defendant

8

9

10  DATED: June 26, 2018                     By: s/ Karen A. Kalzer
                                                Karen A. Kalzer
11                                              Helsell Fetterman LLP
                                                1001 Fourth Avenue, Suite 4200
12                                              Seattle, WA 98154
                                                Phone: 206-292-1144
13                                              kkalzer@helsell.com
                                                Attorney for Plaintiff
14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND AGREED ORDER
EXTENDING THE DEADLINE FOR FILING
DISPOSITIVE MOTIONS-2

**GORDON REES SCULLY
MANSUKHANI, LLP**
701 5th Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5112
Facsimile: (206) 689-2822

## II. ORDER

This matter having come before the Court on the Stipulation of the parties, the court having considered the foregoing stipulation and for good cause shown, NOW, THEREFORE, IT IS HEREBY ORDERED that the deadline for filing dispositive motions is extended to July 10, 2018. All other deadlines shall remain the same as noted in the Minute Order filed June 15, 2017.

Dated this 27th day of June, 2018.

*MRt S Lasnik*

Robert S. Lasnik
United States District Judge

**GORDON REES SCULLY
MANSUKHANI, LLP**
701 5th Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5112
Facsimile: (206) 689-2822