THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OSCAR R. OCTAVIANO,<br><br>                Plaintiff,<br><br>vs.<br><br>PREMIER PACIFIC SEAFOODS, INC. a Washington Corporation, and PHOENIX PROCESSOR, L.P., a Washington Limited Partnership,<br><br>                Defendants. | NO. 2:17-cv-00686-RSL<br><br>**STIPULATION FOR AN ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

The PARTIES, through their attorneys of record, hereby stipulate and agree that the above-captioned action, including all claims, shall be voluntarily dismissed with prejudice, and with each party bearing its own costs and fees, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

The parties move the Court to enter an order dismissing the lawsuit with prejudice and without an award of fees or costs to any party.

STIPULATION OF VOLUNTARY DISMISSAL
WITH PREJUDICE PURSUANT TO F.R.C.P.
41(a)(1)(A)(ii) - 1
Civil Action No. 2:17-cv-00686-RSL

**GORDON REES SCULLY MANSUKHANI, LLP**
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

| | |
|---|---|
| DATED: July 27, 2018 | DATED: July 27, 2018 |
| HELSELL FETTERMAN LLP | GORDON REES SCULLY MANSUKHANI, LLP |
| By: *s/ Karen Kalzer*<br>Karen A. Kalzer<br>1001 Fourth Avenue, Suite 4200<br>Seattle, WA 98154<br>Tel: 206.292.1144<br>kkalzer@helsell.com<br>Attorneys for Plaintiff | By: s/ *Derek A. Bishop*<br>David W. Silke, WSBA No. 23761<br>Derek A. Bishop, WSBA No. 39363<br>Attorneys for Defendants<br>GORDON REES SCULLY MANSUKHANI, LLP<br>701 5th Avenue, Suite 2100<br>Seattle, WA 98104<br>Tel: 206.695.5100<br>dsilke@gordonrees.com<br>dbishop@gordonrees.com<br>Attorneys for Defendants |

## ORDER

IT IS SO ORDERED that this lawsuit is dismissed with prejudice and without an award of fees or costs to any party on this 30th day of July, 2018.

_____
Robert S. Lasnik
United States District Judge

STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) - 2
Civil Action No. 2:17-cv-00686-RSL

**GORDON REES SCULLY MANSUKHANI, LLP**
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822